IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| K.S.S., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-11-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| | : | |
| Respondent. | : | |

## ORDER

Following an order to clarify the cause of action in this case and to recast his petition (ECF No. 12), the Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on March 31, 2025 (ECF No. 14). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application.[1] Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 17th day of April, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has filed several other motions which remain pending at this time (ECF Nos. 4, 5, 7, 8, 10). To the extent that these motions do not relate to the recast petition (ECF No. 14), Respondent is not required to respond.